197 So. 69

**Monroe JACOBS v. STATE.**

**4 Div. 156.**

Supreme Court of Alabama.

June 27, 1940.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., for the motion.

Fleming & Paul, of Elba, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jacobs v. State, 29 Ala.App. 388, 197 So. 67, wherein a judgment of manslaughter in the first degree was reversed.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.